# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 15-7156**　　　　　　　　　　　**September Term, 2015**

**1:15-cv-01844-TSC**

**Filed On:** May 26, 2016

In the Matter of: Stephen Thomas Yelverton,

------------------------------

Stephen Thomas Yelverton,

　　　Appellant


**BEFORE:**　　Tatel, Brown, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the petition for panel rehearing, construed as a motion for reconsideration of the court's March 15, 2016 order requiring the appellant to pay the full docketing fee, it is

**ORDERED** that the motion be denied. It is

**FURTHER ORDERED** that, for the reasons stated in the March 15, 2016 order, appellant pay the full filing and docketing fee of $505 to the district court within 30 days of the date of this order. Failure to pay the fee will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　Mayra L. Gallo
　　　　　　　　　　　　　　　　　Deputy Clerk